IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Sandra K. Wiles, | ) | C/A No.: 9:14-cv-2766-TLW-BM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Carolyn W. Colvin, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff Sandra K. Wiles brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of Social Security, which denied Plaintiff's claims for disability insurance benefits. (ECF No. 1.) This matter is before the Court for review of the Report and Recommendation (R&R) filed by United States Magistrate Judge Bristow Marchant (ECF No. 20) to whom this case was previously assigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2), DSC. In the R&R, the Magistrate Judge recommends that the Commissioner's decision be reversed and the case remanded for further consideration. On September 15, 2015, the Commissioner filed a notice that she would not file objections. (ECF No. 21.)

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the R&R, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's R&R. For the reasons articulated by the Magistrate Judge, the R&R (ECF No. 20) is **ACCEPTED.** Pursuant to sentence four of 42

U.S.C. § 405(g), the case is **REMANDED** to the Commissioner for further consideration as described in the R&R.

    **IT IS SO ORDERED**.

                                                            _s/Terry L. Wooten_
                                         Chief United States District Judge

December 8, 2015
Columbia, South Carolina